UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 07-60718 CIV - GOLD

MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SUNSHINE COMPANIES III, INC., a/k/a
PRESIDION SOLUTIONS IV,

   Defendant.
_____/

## COMPLAINT

The plaintiff, United States of America, by and through its undersigned counsel, R. Alexander Acosta, United States Attorney for the Southern District of Florida, complains and alleges as follows:

1.  This is an action to obtain a judgment against the defendant, Sunshine Companies III, Inc., a/k/a Presidion Solutions IV, for assessed and unpaid federal employment taxes for various periods in the years 2002 - 2004.

2.  This action is commenced at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, pursuant to 26 U.S.C. § 7401.

3.  Jurisdiction over this civil action is vested in this Court by 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340, 1345.

2465378.1

4. Sunshine Companies III, Inc., a/k/a Presidion Solutions IV, dissolved effective September 2, 2005. It did business in Hollywood, Florida, within the jurisdiction of this Court.

## COUNT I

### Sunshine Companies III, Inc., a/k/a Presidion Solutions IV (EIN xx-xxx0548)

5. On the following dates, for the following tax periods and tax types, a delegate of the Secretary of the Treasury of the United States made assessments of federal tax, interest and penalties against the defendant, Sunshine Companies III, Inc., a/k/a Presidion Solutions IV (hereinafter, "Presidion IV"), in the amounts set forth below, and mailed notice of the assessments and demand for payment thereof to the defendant in accordance with law:

| Type of Tax | Tax Period | Date of Assessment | Amount of Assessed Tax | Amount of Assessed Penalty | Amount of Assessed Interest |
|---|---|---|---|---|---|
| Form 941 | 09/30/2002 | 10/09/2006 | $ 9,608,372.00 | $ 98,791.53 | |
| " | " | 10/16/2006 | | | $ 122,122.67 |
| " | 03/31/2004 | 08/02/2004 | $ 12,392,387.44 | $ 918.44<br>305,000.19<br>18,976.67 | $ 12,421.79 |
| " | " | 09/06/2004 | | $ 37,230.54 | |
| " | 06/30/2004 | 02/07/2005 | $ 13,125,098.00 | $ 438,877.30<br>385,660.04<br>9,565.94 | $ 7,158.30 |
| " | 09/30/2004 | 03/07/2005 | $ 11,593,597.80 | $ 532,114.00<br>687,021.73<br>89,539.63 | $ 72,138.83 |
| " | " | 04/11/2005 | | $ 174,579.26 | |
| " | 12/31/2004 | 04/11/2005 | $ 12,024,311.04 | $ 1,106,285.79<br>163,846.64 | $ 108,562.31 |
| " | " | 05/16/2005 | | $ 546,155.46 | |
| Form 940 | 2004 | 10/24/2005 | $ 667,294.75 | $ 14,890.23<br>8,499.33<br>2,978.05 | $ 3,542.01 |
| " | " | 11/28/2005 | | $ 3,308.94 | |
| Form 943 | 2004 | 04/18/2005 | $ 43,305.69 | $ 425.67 | $ 315.04 |
| Form 1120 | 2003 | 11/13/2006 | $ 6,741.00 | $ 1,516.72<br>1,078.56 | $ 1,446.02 |
| Civil Penalty | 12/31/2003 | 02/27/2006 | $ 250,000.00 | | |
| " | " | 10/09/2006 | | $ 9,155.80 | $ 11,695.67 |

*Liabilities will be reduced by payments and credits, and increased by further interest and statutory additions as allowed by law.

2465378.1

6. With the exception of the civil penalty, all of the assessments set forth in paragraph 5, above, are based upon the filed tax returns of Presidion IV.

7. The defendant, Presidion IV, has failed and refused to pay the amount of the federal tax liabilities described at paragraph 5, above, and there is presently due and owing to the United States from Presidion IV the sum of $24,386,273.24 as of May 15, 2007, plus further interest and statutory additions thereon as allowed by law to the date of payment.

## COUNT II

### Sunshine Companies III, Inc., a/k/a Presidion Solutions IV (EIN xx-xxx0548)

### 26 U.S.C. § 7501

8. The defendant, Presidion IV, filed tax returns (Forms 941, 943) showing federal employment tax liabilities for the periods ending September 30, 2002, and March 31, 2004 - December 31, 2004, and for the year ending December 31, 2004; and filed tax returns (Form 940) showing federal unemployment tax liabilities for the year 2004. The defendant, Presidion IV, was required to collect or withhold such internal revenue tax from other persons, hold the tax in trust for the United States, and pay over such internal revenue tax to the United States. The defendant, Presidion IV, failed to pay over such internal revenue tax to the United States.

9. The defendant, Presidion IV, is liable to the United States in the amount of $24,164,621.93 as of May 31, 2007, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 7501(a).

## COUNT III

### Sunshine Companies III, Inc., a/k/a
### Presidion Solutions IV (EIN xx-xxx0548)

### 26 U.S.C. § 3505(a)

10. For the periods ending September 30, 2002, September 30, 2004, and December 31, 2004, the defendant, Presidion IV, paid wages directly to employees or groups of employees employed by one or more employers other than this defendant. The defendant, Presidion IV, failed to pay over to the United States the taxes required to be deducted and withheld from such wages by such employer, in the total amount of $11,631,633.86.

11. The defendant, Presidion IV, is liable to the United States in the amount of $11,631,633.86, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 3505(a).

**WHEREFORE** the plaintiff, United States of America, demands that this Court order and adjudge as follows:

1. That the defendant, Sunshine Companies III, Inc., a/k/a Presidion Solutions IV, is indebted to the United States of America for unpaid federal employment tax liabilities (Forms 941, 943) for the periods ending September 30, 2002, and March 31, 2004 - December 31, 2004, and for the year ending December 31, 2004; federal unemployment tax liabilities (Form 940) for the year 2004; income tax liabilities (Form 1120) for the year 2003; and a civil penalty for the period ending December 31, 2003, in the total sum of $24,386,273.24 as of May 15, 2007, plus further interest and

statutory additions thereon as allowed by law to the date of payment, and that judgment be entered against the defendant and in favor of the United States of America in that amount;

2. In the alternative, that the defendant, Sunshine Companies III, Inc., a/k/a Presidion IV, is liable to the United States in the amount of $24,164,621.93 as of May 31, 2007, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 7501(a);

3. In the alternative, that the defendant, Sunshine Companies III, Inc., a/k/a Presidion Solutions IV, is liable to the United States in the amount of $11,631,633.86, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 3505(a); and

4. That this Court grant the United States its costs in this action, and such other and further relief as justice requires.

A. ALEXANDER ACOSTA
United States Attorney

PHILIP DOYLE
CAROL KOEHLER IDE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9673 (Doyle), -5887 (Ide)
Telefax: (202) 514-9868
E-mail: Philip.A.Doyle@usdoj.gov
        Carol.Koehler.Ide@usdoj.gov

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Sunshine Cos III, Inc, aka Presidion Solutions IV

CIV - GOLD
MAGISTRATE JUDGE
TURNOFF

07-60718

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Philip Doyle, Carol Koehler Ide, Trial Attys., Tax Div., U.S. Dept. of Justice, P.O. Box 14198, Washington, DC 20044
(202) 514-9673, -5887

Attorneys (If Known)

(d) Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

0:07CV60718-Gold-Turnoff

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page)

a) Re-filed Case ☐ YES ☒ NO       b) Related Cases ☐ YES ☒ NO

JUDGE _____   DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. Sec. 7401, 7402

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 24,386,273.24
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD _____    DATE 5/18/2007

FOR OFFICE USE ONLY
AMOUNT  Gov't    RECEIPT # _____    IFP _____